| | |
|---|---|
| 1 | Thomas R. Duffy [065679] |
| | Ralph P. Guenther [124245] |
| 2 | DUFFY & GUENTHER, LLP |
| | Attorneys at Law |
| 3 | 149 Bonifacio Place |
| | Monterey, California 93940 |
| 4 | Telephone: (831) 649-5100 |
| | Fax No:      (831) 649-5102 |
| 5 | E-mail:    tduffy@montereylaw.com |
| 6 | Attorneys For Appellant |
| | JAMES A. PETRALIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. PETRALIA | Case No. C-06-07811 JW |
| | [On Appeal from the United States |
| Appellant, | Bankruptcy Court] |
| v. | |
| GEORGE JERCICH, | **ORDER RE EXTENSION OF TIME TO FILE OPENING BRIEF ON APPEAL** [~~PROPOSED~~] |
| Respondent. | |

Upon considering the foregoing request, and good cause appearing,

IT IS HEREBY ORDERED that Appellant shall have to and including June 26, 2007 to file Appellant's Opening Brief.

Dated: March 30, 2007

_____
Honorable James Ware
United States District Judge
Northern District of California

DUFFY & GUENTHER
Attorneys at Law
149 Bonifacio Place
Monterey CA 93940
831.649.5100

**ORDER RE EXTENSION OF TIME
TO FILE APPELLANT'S OPENING BRIEF**

# PROOF OF SERVICE

I am a citizen of the United States and employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 149 Bonifacio Place, Monterey, California, 93940.

On the date set forth below, I caused the following document(s) entitled:

**ORDER (PROPOSED) FOR EXTENSION OF TIME TO FILE OPENING BRIEF ON APPEAL**

to be served on the party(s) or its (their) attorney(s) of record in this action listed below by the following means:

☒ (**BY MAIL**) By placing each envelope (with postage affixed thereto) in the U.S. Mail at the law offices of Duffy & Guenther, 5 Harris Court, Bldg. N, Suite 3, Monterey, California, 93940. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

☐ (**BY HAND-DELIVERY**) By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

☐ (**BY OVERNIGHT DELIVERY**) By placing with Federal Express for delivery a true copy thereof, enclosed in a sealed envelope, to the address(es) shown below, with delivery charges to be billed to Duffy & Guenther.

☐ (**BY FACSIMILE TRANSMISSION**) By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 649-5102 to the interested party(s) or their attorney of record to said action at the facsimile number(s) shown below.

addressed as follows:

Anthony Boskovich  
Law Offices of Anthony Boskovich  
28 N. First Street  
Suite 600  
San Jose, CA 95113-1210  

George Jercich  
7800 Merced Falls Road  
Snelling, CA 95369  

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **March 29, 2007**, at Monterey, California.

/s/ Angela Love  
Angela Love

2

DUFFY & GUENTHER  
Attorneys at Law  
149 Bonifacio Place  
Monterey CA 93940  
831.649.5100

**ORDER RE EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF**