IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Petralia, | NO. C 06-07811 JW |
|         Appellant,<br>  v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| George Jercich, et al., | |
|         Appellees. | |

This case is before the Court on appeal from the United States Bankruptcy Court. The Court is in receipt of an August 30, 2007 letter from Appellant's Counsel, requesting the Court to issue an order to show cause regarding the failure of the Bankruptcy Court Clerk to prepare the record on appeal. (See Docket Item No. 19.) Since August 30, 2007, however, there has been no activity in this case.

In light of the prolonged inactivity in this action, the Court directs the parties to appear for a Case Management Conference, so that the parties may apprise the Court of the status of the case. Accordingly, the parties shall appear on **March 2, 2009 at 10 a.m.** On or before **February 20, 2009**, the parties shall file a Joint Case Management Statement to provide the Court with the procedural posture of this case and a proposed schedule to advance it.

Dated: January 16, 2009

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas R. Duffy tduffy@duffyguenther.com
Anthony Boskovich, policemisconduct@compuserve.com

**Dated:  January 16, 2009**                               **Richard W. Wieking, Clerk**

                                             **By:      /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California