**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| James Petralia, | NO. C 06-07811 JW |
| Appellant, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; SETTING HEARING ON DISPOSITIVE MOTIONS** |
| v. | |
| George Jercich, et al., | |
| Appellees. | |

On March 9, 2009, the Court conducted a Case Management Conference. Appellee George Jercich appeared in *pro per*. Counsel for Appellant was present. In light of the discussion at the conference, the Court orders as follows:

(1) Although Appellee had missed the Court's deadline for filing a Notice of Self-Representation in light of his counsel's withdrawal, by appearing at the conference, Appellee has shown that he willing and able to assume the defense of this bankruptcy appeal. The Court GRANTS Appelle's oral motion to appear in *pro per*.

(2) The Court sets **July 6, 2009 at 9 a.m.** as a hearing date for any DISPOSITIVE motions the parties would wish to make in order to advance this case. The Court sets the following briefing schedule:

    (a) On or before **April 13, 2009**, all opening briefs shall be filed and served.

    (b) On or before **May 18, 2009**, all opposition briefs shall be filed and served.

    (c) On or before **June 15, 2009**, all reply briefs shall be filed and served.

1  None of the above dates may be modified without a Court order.  The parties are encouraged
2 to work in good faith to advance this case within the schedule provided above.

4 Dated:  March 25, 2009

　　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas R. Duffy tduffy@duffyguenther.com

George Jercich
7800 Merced Falls Road
Snelling, Ca 95369

**Dated:  March 25, 2009**                           **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
           Elizabeth Garcia
           Courtroom Deputy**